IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW DRAKE | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | NO. 13-2600 |
| Commissioner of the | : | |
| Social Security Administration | : | |

FILED
MAR 02 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 2nd day of March, 2015, upon consideration of the plaintiff's request for review and defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and plaintiff's objections thereto, **IT IS ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation are **OVERRULED**;

2. the Report and Recommendation is **APPROVED** and **ADOPTED**;

3. the Plaintiff's Request for Review is **DENIED**; and

4. Judgment is entered in favor of defendant and against plaintiff.

BY THE COURT:

_____
ROBERT F. KELLY,    Sr. J.